**2004–2110. Cleveland Bar Assn. v. Washington.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

**2004–2145. Cleveland Bar Assn. v. Para–Legals, Inc.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

**2004–2150. Ohio State Bar Assn. v. Allen.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

**2004–2164. Ohio State Bar Assn. v. Cohen.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

**2004–2169. Stark Cty. Bar Assn. v. Bennafield.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

**2004–2176. Miami Cty. Bar Assn. v. Wyandt & Silvers, Inc.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board on the Unauthorized Practice of Law.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board on the Unauthorized Practice of Law to supplement the reasons stated for its recommendation.

In re Report of the Commission
on Continuing Legal Education.

ENTRY

Charles Franklin Hollis, III
( # 0068005)
Respondent.

This cause originated under the enforcement proceedings of Gov.Bar R. X, Attorney Continuing Legal Education. Respondent has filed a Reply to the Answer and Brief of the Commission on Continuing Legal Education. Whereas there are no provisions under Gov.Bar R. X(6) for the filing of a reply,

IT IS ORDERED by the court, sua sponte, that the reply be, and hereby is, stricken.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 28, 2005*

[Cite as *02/28/2005 Case Announcements*, 2005-Ohio-802.]